IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Matthew Stanek | ) | Case No: 13 C 3106 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| Saint Charles Community Unit School District # 303 | ) | |

## ORDER

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendants' Motion to Dismiss [28] is granted. Plaintiffs Sandra and Bogdan Stanek are dismissed with prejudice. Defendants Saint Charles Community Unit School District # 303 is dismissed with prejudice as to all Counts. Defendants, Dr. Donald Schlomann, Dr. John Knewitz, Beth Jones, Korie Bowers, Kimberly Zupec, Kathy Zimmer, Shannon Von Essen, Justin Dohm, Bethany Herrera, and Cindy Sulak, are dismissed with prejudice as to all Counts, except that they are dismissed without prejudice as named in their individual capacities as to Count III. The Complaint is dismissed without prejudice. Plaintiff Matthew Stanek is granted leave to amend his claims, if he can do so pursuant to Federal Rule of Civil Procedure 11, within thirty days of this Order. Enter Memorandum Opinion and Order. Status hearing set for 5/8/14 at 9:30 a.m.

(T:) 00:05

Date: 3/27/14                                                  /s/ Judge John W. Darrah