**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW STANEK,** | ) | |
| **SANDRA STANEK,** | ) | |
| **BOGDAN STANEK,** | ) | |
| | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | **Case No. 13 C 03106** |
| **v.** | ) | **District Judge Jorge Alonso** |
| | ) | |
| | ) | **NOTICE OF APPEAL** |
| **ST. CHARLES COMMUNITY UNIT** | ) | |
| **SCHOOL DISTRICT # 303, et al.,** | ) | |
| | | |
|     **Defendants** | | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs-Appellants, Matthew Stanek, Sandra Stanek, and Bogdan Stanek in the above-named case, hereby jointly appeal to the United States Court of Appeals for the Seventh Circuit from the following:

1. An Opinion and Order by District Judge Jorge Alonso signed and entered in this action on the 24th day of November 2020, Document #447, granting a motion for sanctions, and dismissing the case with prejudice.

2. An Order by Magistrate Judge Jeffrey Cummings signed and entered in this action on the 9th day of October 2020, Documents 436 and 437, denying Plaintiffs' Motion to Compel Defendants to Answer Plaintiffs' First Set of Interrogatories and Request for Production [317]. Plaintiffs objected to this Magistrate's Order to the District Judge Alonso on the

23rd of October 2020, Document 441 and the District Court denied objections to

Magistrate's order as moot on 24th day of November 2020, Document 447.

3.  An Order by District Judge Jorge Alonso signed and entered in this action on the 29th day

    of September 2020, Document 432, granting defendants' motion [431] for leave to file

    motion for sanctions;

4.  An Order by District Judge Jorge Alonso signed and entered in this action on the 23rd day

    of September 2020, Document 430, overruling Plaintiffs' objections [429] to the

    following  Magistrate Judge's rulings: An Order by Magistrate Judge Jeffrey Cummings

    signed and entered in this action on the 21st day of September 2020, Documents 428

    denying Plaintiffs' emergency motion to quash Matthew's deposition notice[425]; An

    Order by Magistrate Judge Jeffrey Cummings signed and entered on the 21st  day of

    September 2020, Documents 426 and 427 denying Plaintiff Matthew Stanek emergency

    motion [423] and Amended Emergency Motion to quash his deposition notice and motion

    for a protective order [424]; An Order by Magistrate Judge Jeffrey Cummings signed and

    entered on the 19th day of September 2020, Documents 421, 422 granting Defendants'

    emergency motion to compel Plaintiff Matthew Stanek to appear for his two business

    days noticed oral deposition on September 21, 22, 2020; An Order by Magistrate Judge

    Jeffrey Cummings signed and entered on the 16th day of September 2020, Documents

    417 denying Plaintiffs' emergency motion for protective order and stay of deposition of

    Matthew Stanek [415];

5.  An Order by Magistrate Judge Jeffrey Cummings signed and entered  in this action on the

    3rd  day of September 2020, Documents 411 and 412 granting Defendants' motion for

    protective order [399]  (not requiring Defendants to answer Plaintiffs' First set of

requests for admission).Plaintiffs timely objected to Magistrate Order and Findings on 13th day of September 2020, Document 413 and District Judge denied it as moot on the 24th day of November 2020.

6. An Order by District Judge Jorge Alonso signed and entered in this action on the 26th day of May 2020, Document 395, overruling Plaintiffs' objections made on the 21st of April 2020 [383-1] to Magistrate Judge Jeffrey Cummings' rulings on the 7th day of April 2020 [382, 381] and the 19th day of March 2020, [376, 375], on Matthew Stanek's motion [332] for protective order and Motion for Reconsideration [377];

7. A Minute Entry by District Judge Jorge Alonso signed and entered in this action on the 10th day of March 2020, Document 365.denying Plaintiffs' Motion for Default [350];

8. An Order by District Judge Jorge Alonso signed and entered in this action on the 17th day of January 2020, Document 331 denying Plaintiff Matthew Stanek's motion [328] for attorney representation and accommodations for his deposition;

9. An Order by District Judge Jorge Alonso signed and entered in this action on the 6th day of November 2019, Document 310, denying Plaintiff Matthew Stanek's motions [[307], [309]] for leave to amend the complaint to add defendant and claims that arose after the filing of the Fifth Amended Complaint;

10. An Order by District Judge Jorge Alonso signed and entered in this action on the 13th day of August 2019, Document 275 among others denying Plaintiffs Motion to supplement ECF No. 265 [Pl. MSJ 257] with Statement of Material Facts per LR 56.1 and denying Plaintiffs' Counter Motion for Partial Summary Judgment [257];

11. An Order by District Judge Jorge Alonso signed and entered in this action on the 10th day of January 2019, Document 245 denying Plaintiffs' Motion for Entry of Default;

12. An Order by District Judge Jorge Alonso signed and entered in this action on the 29th day of November 2018, Document 234 granting in part motion to dismiss and dismissing Defendant Christopher Koch and Count V with prejudice and striking Plaintiffs' Fourth Amended Complaint for failure to comply with FRCP 8.

13. An Order by District Judge Jorge Alonso signed and entered in this action on the 3rd day of May 2018, Document 213 denying Plaintiffs' motion for entry of default [211];

14. An Order by District Judge Jorge Alonso signed and entered in this action on the 10th day of January 2018, Document 199 denying Plaintiffs' motion for reconsideration [191];

15. An Opinion and Order by District Judge Jorge Alonso signed and entered in this action on the 1st day of December 2017, Document 183, granting Defendants' Motion to Strike Plaintiffs' Third Amended Complaint, class allegations, and class certification.[121] and granting Defendants Julie Stetson and Rory Pine's Motion to Dismiss [149].

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this Notice of Appeal.

Respectfully submitted, this 23rd day of December 2020.

By: /s/ Matthew Stanek
/s/ Sandra Stanek
/s/ Bogdan Stanek

Matthew Stanek
Sandra Stanek
Bogdan Stanek
4115 Prairie Crossing Dr.
St. Charles, IL 60175
castlerentals@comcast.net
630-400-6545

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of December 2020, we caused to be electronically

filed the foregoing NOTICE OF APPEAL (including the Docketing Statement required pursuant

to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an

attachment to this Notice of Appeal along with a separate Certificate of Service for the

Docketing Statement) via the CM/ECF system, which sent electronic notice to all counsel of

record.

Respectfully submitted,

By: /s/ Matthew Stanek

Matthew Stanek
Sandra Stanek                                             /s/ Sandra Stanek
Bogdan Stanek
4115 Prairie Crossing Dr.                                 /s/ Bogdan  Stanek
St. Charles, IL 60175
castlerentals@comcast.net
630-400-6545